In re Estate of V. W. McCormack, Also Known as Vincent W. McCormick, Deceased.
Beth Weber, Appellant, v. Carl Kresl, Executor of Estate of V. W. McCormack, Deceased, Appellee.

Gen. No. 42,460.

opinion filed November 4, 1943; rehearing de-

nied November 23, 1943.   Myer H. Gladstone, for appellant; Lederer, Livingston, Kahn & Adsit, for appellee; Leo H. Arnstein and Leonard Schram, of counsel.   Opinion by JUSTICE SCANLAN.   Not to be published in full.